IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| In the Matter of the Search of the premises known as ▓▓▓▓▓▓▓▓▓▓, Claymont, DE 19703 | Case No. 21-151-M<br><br>**(Under Seal)** |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Briana M. Knox, Assistant United States Attorney, and hereby moves to unseal the case file in the above-captioned matter.

Respectfully submitted,

David C. Weiss
United States Attorney

By: /s/ Briana Knox
Briana M. Knox
Assistant United States Attorney

Dated: May 20, 2021

**AND NOW**, to wit, this 20th day of May , 2021, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal File in the above-captioned case is unsealed.

_____
United States Magistrate Judge